■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH F. SZADEK, JR., Appellant.—Judgment unanimously affirmed. Memorandum: Viewing the evidence, as we must, in a manner most favorable to the prosecution and granting all reasonable inferences in the People's favor *(People v Ford,* 66 NY2d 428, 437), we conclude that there was sufficient evidence to support the jury verdict that defendant recklessly caused serious physical injury to the victim by shooting him with a deadly weapon *(see,* Penal Law § 120.05 [4]; *People v Wright,* 105 AD2d 1088). We have considered defendant's remaining claims and find each one lacking in merit. (Appeal from judgment of Genesee County Court, Morton, J.—assault, second degree.) Present—Dillon, P. J., Doerr, Green, Pine and Lawton, JJ.

■ In the Matter of FRANKLIN HENEL, JR., Petitioner, v MICHAEL D'AMICO, as Erie County Court Judge, Respondent.— Determination unanimously confirmed and petition dismissed with costs. Memorandum: Petitioner seeks review of the determination of the Erie County Pistol Licensing Officer revoking his pistol license. The officer's determination revoking the license because of a certain incident "demonstrating the careless and reckless use and possession of a firearm" is supported by petitioner's own version of the incident, even without reference to the police report, and was a proper exercise of the officer's discretion *(Matter of Marlow v Buckley,* 105 AD2d 1160). We further find that, also based on petitioner's own version of events, he was given an adequate opportunity to appear with his attorney to rebut the charges *(Matter of St.-Oharra v Colucci,* 67 AD2d 1104), and he had adequate notice of the hearing. (Article 78.) Present—Dillon, P. J., Doerr, Green, Pine and Lawton, JJ.

■ IVAN KONSHIN et al., Respondents, v NEW YORK STATE ELECTRIC AND GAS CORPORATION et al., Appellants.—Order unanimously affirmed with costs for reasons stated in memorandum decision at Special Term, Koshian, J. (Appeal from order of Supreme Court, Niagara County, Koshian, J.—partial summary judgment.) Present—Dillon, P. J., Doerr, Green, Pine and Lawton, JJ.